# United States District Court

SOUTHERN DISTRICT OF NEW YORK

The Annuity, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers Local 15, 15A, 15C & 15D, AFL-CIO et al.

V.

E.G. Clemente Contracting Corp.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CV 02019

TO: (Name and address of defendant)

E.G. Clemente Contracting Corp.
200 Industrial Loop
Staten Island, New York 10309

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within ____Twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

FEB 29 2008

DATE

STATE OF NEW YORK  
COURT: UNITED STATES DISTRICT COURT SOUTHERN DISTRICT  
INDEX NO: 08CV 02019  
DateFiled: 2/29/2008

Plaintiff(s)/Petitioner(s): THE ANNUITY, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO ET AL

Vs.

Defendant(s)/Respondent(s): E.G. CLEMENTE CONTRACTING CORP.

STATE OF NEW YORK  
COUNTY OF: Westchester    SS.

The undersigned deponent, being duly sworn deposes and say that said deponent is not a party to this action, is over 18 years of age and resides in the State of NEW YORK. Deponent served the within process as follows:

Process Served: SUMMONS AND COMPLAINT  
Party Served: E.G. CLEMENTE CONTRACTING CORP.  
At Location: 200 INDUSTRIAL LOOP  
STATEN ISLAND, NY 10309

Date of Service: 3/6/08    Time of service: 2:01 pm

Check boxes that apply to this service:

- [ ] #1. INDIVIDUAL — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.
- [✓] #2. CORPORATION — By delivering to and leaving with **Jeff Clemente** and that deponent knew the person so served to be the **General Agent** of the corporation and authorized to accept service.
- [ ] #3. SUITABLE AGE PERSON — By delivering to and leaving with _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.
- [ ] #4. AFFIXING TO DOOR — By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.
- [ ] #5. MAILING COPY — On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat  
on the ____ day of ____ at ____  
on the ____ day of ____ at ____  
on the ____ day of ____ at ____  
on the ____ day of ____ at ____

- [ ] #6. NON-SERVICE — After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other _____
- [✓] #7. DESCRIPTION — A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:  
Sex: M    Color of Skin: White    Color of Hair: Brown    Age: 45    Height: 5'7"    Weight: 180    Other Features: _____
- [ ] #8. WITNESS FEES — $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.
- [✓] #9. MILITARY SERVICE — Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed _____ was not.

Sworn to before me on March 10, 2008

GAIL WILLIAMS  
Notary Public, State of New York  
No. 4665052  
Qualified in Westchester County  
Commission Expires September 30, 2010

Howard Ehrlich  
Lic. No. 0933380